UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LANCE GARRETT BARTHOLOMEW     CIVIL ACTION

VERSUS     NUMBER: 14-1468

ROLAND LADREYT, ET AL.     SECTION: "J"(5)

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Defendants' motion to dismiss is granted and that Plaintiff's suit is dismissed.

New Orleans, Louisiana, this 27th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE